IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TOLLI THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-435-A |
| | § | |
| INTEGRITY FINANCIAL PARTNERS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussion had between the court and counsel for each party on the record of the telephone conference held in the above-captioned action on the date this final judgment is signed,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Tolli Thomas, against defendant, Integrity Financial Partners, Inc., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs of court incurred by that party.

SIGNED August 16, 2010.

_____
JOHN McBRYDE
United States District Judge